United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Hellberg, Jeffery W. Jr. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, July 24, 2020 |
| Re: | 01:20-CV-00703-LY / Doc # 10 / Filed On: 07/23/2020 06:02 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
    Remarks: A Proposed Order is required (Austin division form is available on the Court's website). DO NOT RE-FILE the entire document.  Please file ONLY the Proposed Order. Use the "ATTACHMENT" event from the Other Documents/Other Filings menu/submenu and LINK the Proposed Order to your Motion.  In the Docket Text, type "(Proposed Order)".