UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARYAM ESFANDIARI, | CASE NO. 1:20-cv-00703-LY |
| Plaintiff, | |
| vs. | |
| BRITISH AIRWAYS, P.L.C., AND AMERICAN AIRLINES, INC. | |
| Defendant. | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant AMERICAN AIRLINES, INC. (hereinafter "American Airlines"), by and through its attorneys of record, Jackson Walker L.L.P., presents the Court with its Motion for Withdrawal and Substitution of Counsel, and respectfully states as follows:

1. Attorneys Katherine A. Staton and Jean R. Phillips of Jackson Walker L.L.P. are current attorneys of record for American Airlines in this matter.

2. On July 27, 2020, this Court issued an Order granting the Motions for Admission *Pro Hac Vice* of Anthony U. Battista and Jonathan D. Kaufman to appear on behalf of defendant British Airways, P.L.C. in the above-caption case.

3. British Airways, P.L.C. accepted American Airlines' defense tender for this matter.

4. American Airlines requests that attorneys Katherine A. Staton and Jean R. Phillips of Jackson Walker L.L.P. be allowed to withdraw as American Airlines attorneys of

26818017v.1

record and the following new attorney of record be substituted in their stead: Anthony U. Battista and Jonathan D. Kaufman, Condon & Forsyth LLP, 7 Times Square, 18th Floor, New York, New York 10036 and Jeffrey W. Hellberg, Jr. of Wick Phillips Gould & Martin, LLP, 3131 McKinney Avenue, Suite 100, Dallas Texas 75204.

5. Plaintiff's counsel does not oppose the substitution.

6. A copy of the proposed order is attached hereto as Exhibit A.

WHEREFORE, American Airlines respectfully requests this Honorable Court grant its Motion for Withdrawal and Substitution of Counsel.

Dated: September 11, 2020

Respectfully submitted,

 */s/ Katherine Staton*
Katherine A. Staton
State Bar No. 02815650
Jean R. Phillips
State Bar No. 24096412

JACKSON WALKER L.L.P.
2323 Ross Ave. Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

JACKSON WALKER L.L.P.
100 Congress, Suite 1100
Austin, Texas 78701
(512) 236-2314
(512) 236-2002 – Fax

*Attorneys for Defendant*
AMERICAN AIRLINES, INC.

AGREED:

/s/ Anthony U. Battista
Anthony U. Battista
(Admitted *pro hac vice*)

26818017v.1

Jonathan D. Kaufman
(Admitted *pro hac vice*)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

  - and -

Jeffrey W. Hellberg, Jr.
State Bar of Texas No. 00796738
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

*Attorneys for Defendant*
BRITISH AIRWAYS, P.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she electronically served the foregoing MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL on opposing counsel (listed below) using the CM/ECF system on September 17, 2020:

Blake V. Erskine, Jr.
berskin@erskine-blackburn.com
Mark B. Blackburn
mblackburn@erskine-blackburn.com
Timothy Moss
tmoss@erskine-blackburn.com
ERSKINE & BLACKBURN, L.L.P.
6618 Sitio Del Rio Blvd.,
Building C-101
Austin, Texas 78730
Tel: (512) 684-8900
Fax: (512) 684-8920

                              */s/ Katherine Staton*
                              Katherine A. Staton
                              *Attorneys for Defendant*
                              AMERICAN AIRLINES, INC.

26818017v.1